**FILED**
March 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Julie Golden____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ENTEGRIS, INC., § <br> §<br>Plaintiff, §<br>§<br>v. §<br>§<br>SHANE NUNES, §<br>§<br>Defendant. § | Civil Action No. 1:23-CV-00291-RP |

## AGREED JUDGMENT AND PERMANENT INJUNCTION
## AGAINST DEFENDANT SHANE NUNES

Having this day considered Plaintiff Entegris, Inc. ("Entegris") and Defendant Shane Nunes' (collectively, the "Parties") Joint Motion for Entry of Agreed Judgment and Permanent Injunction Against Defendant Shane Nunes (the "Motion") the Court finds that the Motion is meritorious and should be granted.

Defendant Shane Nunes waives the entry of findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure.

Defendant Shane Nunes voluntarily consents to this injunction and waives any right he may have to appeal from it.

Defendant Shane Nunes consents to entry of this Agreed Judgment and Permanent Injunction without further notice and agrees that this Court shall retain jurisdiction over him for purpose of implementing and enforcing this Agreed Judgment and Permanent Injunction.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that:

1. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Entegris' claim under the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. §§ 1836, *et seq.*, arises under federal law, and this Court has supplemental

subject matter jurisdiction over Entegris' remaining state law claims pursuant to 28 U.S.C. § 1367 because they are so related to Entegris' federal DTSA claim that they form part of the same case or controversy and derive from a common nucleus of operative facts. This Court also has subject matter jurisdiction over this action under 28 U.S.C. § 1332 because the amount in controversy in the present action exceeds the sum or value of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, and complete diversity of citizenship exists between the Parties, as Entegris is a citizen of Delaware and Massachusetts, and Nunes is a Texas citizen.

2. The Court finds that Defendant Shane Nunes has been counseled on, understands, and has consented to the entry of this Agreed Judgment and Permanent Injunction.

3. Defendant Shane Nunes is permanently enjoined from:

   a. Directly or indirectly, either as principal, agent, employee, consultant, officer, director, stockholder, lender or in any other capacity, undertaking planning or preparation for, engaging in, or having a financial interest in, any business which is or would be competitive, directly or indirectly, with the current or planned business of Entegris through February 22, 2024, including without limitation Gelest Inc., its parents, subsidiaries, or affiliates; and,

   b. Accessing, using, disclosing, distributing, disseminating, or discussing Entegris' trade secrets and other confidential information.

IT IS FURTHER ORDERED that Nunes is to return to Entegris within 5 days all information, documents, and tangible things in his possession, custody, or control (if any), whether

in physical or digital format, including any and all copies thereof, that contain Entegris' trade secrets and other confidential information.

IT IS FURTHER ORDERED that this Court shall maintain continuing jurisdiction over this Agreed Judgment and Permanent Injunction for purposes of enforcing the same.

IT IS FURTHER ORDERED that, as a result of the Parties' settlement of same, the above-styled action is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

Signed this 23rd day of March, 2023.

_____
ROBERT PITMAN
U.S. DISTRICT JUDGE

Agreed as to Form and Substance:

| | |
|---|---|
| */s/ Adam H. Sencenbaugh* | */s/ Charles L. Scalise* |
| Adam H. Sencenbaugh | CHARLES L. SCALISE |
| Tex. Bar 24060584 | Texas Bar No. 24064621 |
| Adam.Sencenbaugh@haynesboone.com | charles@rosslawgroup.com |
| Henson Adams | **ROSS ● SCALISE LAW GROUP** |
| Tex. Bar 24101418 | 1104 San Antonio Street |
| Henson.Adams@haynesboone.com | Austin, Texas 78701 |
| **Haynes and Boone, LLP** | (512) 474-7677 Telephone |
| 600 Congress Avenue, Suite 1300 | (512) 474-5306 Facsimile |
| Austin, Texas 78701 | |
| Telephone: (512) 867-8400 | **COUNSEL FOR SHANE NUNES** |
| Facsimile: (512) 867-8470 | |

Stephen Riden (*Pro Hac Vice*)
Mass. Bar 644451
sriden@beckreed.com
**Beck Reed Riden LLP**
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Telephone: (617) 500-8660
Facsimile: (617) 500-8665

**COUNSEL FOR ENTEGRIS, INC.**